Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
       wwong@grsm.com

*Attorneys for Boulder Dam Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM K. HUMPHREYS, | Case No.: 2:18-CV-01547-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT [ECF 1]** |
| AMC MORTGAGE SERVICES, INC., AND BOULDER DAM CREDIT UNION, | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff William K. Humphreys ("Plaintiff"), and Defendant Boulder Dam Credit Union ("BDCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on August 16, 2018 [ECF No. 1].

2. Plaintiff served the Complaint on BDCU on October 2, 2018.

3. BDCU recently retained counsel and a short extension is necessary to allow BDCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and BDCU also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for BDCU to respond to the Complaint until November 21, 2018. This will allow the parties to continue settlement discussions without incurring additional

-1-

fees and expenses.

5. BDCU requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. This stipulation is not being made for purposes of delay.

7. Therefore, the parties agree that BDCU's response to the Complaint is now due on or before **November 21, 2018**.

DATED: October 22, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Y. Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Boulder Dam Credit Union*

DATED: October 22, 2018.

KAZEROUNI LAW GROUP, APC

*/s/ Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

*Attorneys for Plaintiff William K. Humphreys*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/23/2018