Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff William K. Humphreys*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William K. Humphreys, | Case No. 2:18-cv-01547-APG-GWF |
| Plaintiff, | **Stipulation of Dismissal of Boulder Dam Credit Union** |
| v. | |
| AMC Mortgage Services, Inc., and Boulder Dam Credit Union, | **ORDER** |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff William K. Humphreys ("Plaintiff") and Defendant Boulder Dam Credit Union ("Boulder Dam") stipulate to dismiss with prejudice Plaintiff's claims against Boulder Dam, ECF No. 1, and Boulder Dam's claims against Plaintiff, ECF No. 14, in this matter. It is the intention of these parties that this Stipulation will not prevent any future claims that arise after the date of this Stipulation.

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of December 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Robert S. Larsen
Robert S. Larsen, Esq.
Wing Yan Wong, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Boulder Dam Credit Union*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 4, 2018.